**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: L.R.J.P., A MINOR | : | No. 111 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: B.P., FATHER | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.M.C.P., A MINOR | : | No. 112 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: B.P., FATHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.